**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**TOMMIE LEE SMITH, JR.**                                                                                   **PLAINTIFF**

**v.**                                                   **2:06CV00115-WRW**

**PHILLIPS COUNTY JAIL,** *ET AL.*                                                                 **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Compel (Doc. No. 31). Defendants served Plaintiff with discovery requests on September 7, 2006. By letter sent to the Plaintiff of October 2, 2006, he was reminded of the discovery request and warned that a failure to answer would result in Defendants filing a motion to compel. Plaintiff has neither responded to the discovery requests nor the motion to compel.

Plaintiff is reminded that, as a *pro se* plaintiff, it is his responsibility to become familiar with, and to follow, the Federal Rules of Civil Procedure, as required by Local Rule 5.5(c)(2) of this Court, which states:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. *Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.*

Defendant's Motion is GRANTED. Plaintiff is ordered to respond to discovery within fifteen days of this order or face dismissal.

IT IS SO ORDERED this 7th day of November, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE